

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00463-CV

**IN RE** David Allan **EDWARDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

On June 27, 2014, relator David Allan Edwards filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 15th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-02-0185-CVA, styled *David Allan Edwards v. County of Atascosa; District Attorney of Atascosa County; Judge over Court; Sheriff of Atascosa County; County Court of Commissioners of Atascosa County; Lon Gillespie; William Torans; Freddie Ogden; Weldon Cude; Dr. Gerald B. Phillips, Physician of County Jail, Atascosa County, Individual Capacity*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.